

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00394-CR

MICHAEL ENGLISH, Appellant

§ On Appeal from the 432nd District Court

§ of Tarrant County (1817089)

V.

§ September 4, 2025

§ Memorandum Opinion by Justice Womack

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
     Justice Dana Womack